No. 02–10700.  NAVARRO v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 02–10707.  HORN v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–10708.  HEADLEY v. SPITZER, ATTORNEY GENERAL OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–10711.  TERRELL v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 02–10712.  WASHINGTON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS.  C. A. 1st Cir. Certiorari denied.

No. 02–10715.  HARDY v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 02–10716.  LUNA HERNANDEZ v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.  C. A. 5th Cir. Certiorari denied.

No. 02–10719.  HIEU VAN HUYNH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10720.  GOODEN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–10721.  FANCHER v. SIRMONS, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 02–10725.  WESTENBERG v. CNF TRANSPORTATION, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–10726.  THOMPSON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 02–10732.  BENSON v. OKLAHOMA ET AL.  Ct. Crim. App. Okla.  Certiorari denied.

No. 02–10735.  BRALEY v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.